UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDUJAR MILLER and RASOUL NICHOLSON, Individually and For Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LEIDOS, INC.<br><br>　　　　　Defendant. | Case No. 1:24-cv-00931-PTG-LRV<br><br>Jury Trial Demanded<br><br>FLSA Collective Action |

## NOTICE OF FILING CONSENT TO JOIN

Plaintiffs Andujar Miller and Rasoul Nicholson, individually and for others similarly situated, give notice of filing the attached Consent to Join, a true and correct copy of which is attached hereto:

1. Samano, Richard Z.

Date: July 3, 2024

Respectfully submitted,

By: /s/ Zev H. Antell
Harris D. Butler, III (VSB No. 26483)
Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Samantha R. Galina (VSB No. 96981)
**BUTLER CURWOOD, PLC**
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Phone: (804) 648-4848
Fax: (804) 237-0413
harris@butlercurwood.com
craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

Michael A. Josephson*
TX Bar No. 24014780
Andrew W. Dunlap
TX Bar No. 24078444
Alyssa J. White
TX Bar No. 24073014
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

Richard J. (Rex) Burch*
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: (713) 877-8788
Fax: (713) 877-8065
rburch@bruckerburch.com

*Pro hac vice applications forthcoming*

**ATTORNEYS FOR MILLER, NICHOLSON, AND THE STRAIGHT TIME EMPLOYEES**

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ *Zev H. Antell*
Zev H. Antell  (VSB No. 74634)