# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **ANDUJAR MILLER and RASOUL NICHOLSON, Individually and For Others Similarly Situated,**<br><br>　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**LEIDOS, INC.,**<br><br>　　　　　　　**Defendant.** | **Civil Action No. 1:24-cv-00931** |

## RESPONSE TO PLAINTIFFS' MOTION TO CONTINUE DEADLINES

Defendant Leidos, Inc. ("Leidos"), by counsel, believes it is important to clarify its position to the Court regarding Plaintiffs' request to extend all discovery beyond the current November 15, 2024. Leidos has not represented that it intends to oppose Plaintiffs' Motion to Continue. Instead, counsel for Leidos has advised that Leidos could not, in good faith, join Plaintiffs' request to generally continue all discovery beyond the current deadline, but would join in Plaintiffs' request to continue the Final Pretrial Conference as well as for appropriate second phase discovery of opt-in plaintiffs after the Court rules on Plaintiffs' pending Motion for Conditional Certification. (*See* Emails Dated Nov. 14, 2024, attached as **Exhibit 1**.) As explained to Plaintiffs' counsel, Leidos' position on the current November 15, 2024 discovery cut-off is based on the Court's recent discovery orders (ECF Nos. 124 and 126), which only allow for two depositions to proceed after November 15, 2024. Indeed, just last week, the Court expressly directed the parties "to continue their other discovery efforts *to conclude by the close of discovery*." (ECF No. 126 at 2 (emphasis added).)

　　　　WHEREFORE, and for the foregoing reasons, Leidos respectfully cannot and does not join in Plaintiffs' request to continue the current discovery deadline generally beyond November 15, 2024.

Dated: <u>November 15, 2024</u>

                                                Respectfully submitted,
**LEIDOS, INC.**

/s/ *W. Ryan Waddell*
W. Ryan Waddell (VSB No. 91148)
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Phone: 804-663-2340
Fax: 804-225-8641
ryan.waddell@ogletree.com

Diane M. Saunders (admitted *pro hac vice*)
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
One Boston Place, Floor 35, Suite 3500
Boston, MA 02108
Phone: 617-994-5700
Fax: 617-994-5701
diane.saunders@ogletree.com

Chris R. Pace (admitted *pro hac vice)*
Brodie W. Herrman (admitted *pro hac vice*)
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
700 West 47th Street, Suite 500
Kansas City, MO 64112
Phone: 816-471-1301
Fax: 816-471-1303
chris.pace@ogletree.com
brodie.herrman@ogletree.com

Ajente Kamalanathan (VSB No. 92336)
Michael Joseph Murphy (*via pro hac vice*)
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
1909 K Street NW, Suite 1000
Washington, DC 20006
Phone: 202-887-0855
Fax: 202-887-0866
ajente.kamalanathan@ogletree.com
michael.murphy@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of same to counsel for Plaintiffs:

Harris D. Butler, III (VSB No. 26483)
Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Samantha R. Galina (VSB No. 96981)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Phone: 804-648-4848
Fax: 804-237-0413
harris@butlercurwood.com
craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

Andrew W. Dunlap (*admitted pro hac vice*)
TX Bar No. 24078444
Alyssa White (*admitted pro hac vice*)
TX Bar No. 24073014
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: 713-352-1100
Fax: 713-352-3300
adunlap@mybackwages.com
awhite@mybackwages.com

Richard Burch
BRUCKNER BURCH
11 Greenway Plaza, Suite 3025
Houston, TX 77046
Phone: 713-877-8788
Fax:  713-877-8065
rburch@brucknerbruch.com

**ATTORNEYS FOR MILLER, NICHOLSON,
AND THE STRAIGHT TIME EMPLOYEES**

                                                                                           /s/ *W. Ryan Waddell*