# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Chris R. Pace, Ogletree Deakins |
| | Counsel for Defendant (admitted pro hac vice) |
| | |
| Electronic Device(s): | Laptop computer |
| | Cellular phone (Apple iPhone) |
| | |
| Purpose and Location Of Use: | Hearing Before Judge Giles |
| Case Name: | Miller et al v. Leidos, Inc. |
| Case No.: | 1:24-cv-00931-PTG-LRV |
| Date(s) Authorized: | December 5, 2024 |
| IT Clearance Waived: | _____ (YES)   _____ (NO) |

**APPROVED BY:**

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
                         IT Staff Member                              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**