## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Harris D. Butler, III**

Electronic Device(s): **iphone 13 mini**

Purpose and Location Of Use: **Hearing before Judge Giles**

Case No.: **Miller et al v. Leidos, Inc. Case No. 1:24-cv-931**

Date(s) Authorized: **December 5, 2024**

IT Clearance Waived: _____(Yes)    _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:           _____   _____
                        IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**